FILED

JAN 17 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
    vs.                        )
                               )    **4:24CR29 SRC/NCC**
                               )
STEVEN TAYLOR,                 )
                               )
        Defendant.             )

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nicholas H. Lake, Assistant United States Attorney for said District, and moves the Court to order Defendant Steven Taylor detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g), Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. 924(c). The investigation by the Arnold Police Department has shown that on June 1, 2021, Detectives were patrolling the Wal-Mart parking lot located at 2201 Michigan Ave, when they observed a red 2020 Chevrolet Spark. The vehicle was occupied by Defendant, who was positioned in the driver seat, and Katelyn Wilson (Wilson), positioned in the front passenger seat. While watching the Chevrolet Spark, Detectives observed a dark four door passenger vehicle approach and park next to the Chevrolet Spark and engage in what appeared to be a hand-to-hand narcotics transaction. Afterwards, the Chevrolet Spark began to attempt to exit

the Wal-Mart parking lot. Detectives positioned their patrol vehicle behind the Chevrolet Spark and initiated a stop. Detectives made contact with Defendant and observed his pupils to be extremely dilated. Further, Detectives observed a glass smoking pipe in the driver side door panel in plain view. The pipe contained a residue consistent with the use of cocaine/ methamphetamine. Defendant was ordered to turn his vehicle off, however, Defendant was reluctant to do so and began moving around in his seat and reaching on the sides of his seat. Fearing for officer safety, Detectives opened the driver door and forcefully removed Defendant from the vehicle. As Defendant was pulled from the vehicle, Detectives observed two large clear plastic bags containing a white crystal substance, located on the driver side floorboard. Subsequent lab testing by the Missouri State Highway Patrol Crime Lab determined the substance to be 599.80 grams of methamphetamine. An additional search of the Chevrolet Spark revealed the following:

- Clear plastic bag containing 7.12 grams of cocaine;

- Eight (8) tablets labeled "M366" containing hydrocodone;

- Thirteen (13) tablets labeled "M/30" containing fentanyl;

- Twenty (20) tablets labeled "031/R" containing alprazolam;

- One (1) tablet labeled "M/2" containing hydromorphone;

- One (1) capsule with powder containing fentanyl;

- Mushrooms (1.01 grams) containing psilocyn;

- Clear plastic bag containing part of the Cannabis plant (27.53 grams);

- Wax (12.21 grams) containing THC;

- Six (6) bags containing .081 grams of cocaine base;

- Film labeled "M12" containing buprenorphine;

- One (1) Rock Island Armory Model 200 .38 Special Revolver;

- One box containing fifty (50) rounds of .38 Special ammunition;

- One digital scale;

- Numerous empty clear plastic bags;

- $2,085.00 in US Currency

- One (1) iPhone;

- Two (2) Samsung cellphones

Defendant and Wilson were taken into custody. After being advised of his *Miranda* rights, Defendant stated that Wilson was unaware of any of the items seized from the vehicle and that it all belonged to him. Defendant is a convicted felon.

2.   Based on the statutory factors in 18 U.S.C. § 3142(g), detention is appropriate in this case. Pursuant to Section 3142(g)(1), the nature and circumstances of this case are that Defendant has been charged with an offense involving a firearm. Furthermore, that firearm was used in furtherance of a drug trafficking crime. In accordance with Section 3142(e)(3)(B), there is a presumption for detention and that no condition or combination of conditions will reasonably assure the safety of the community. Pursuant to Section 3142(g)(2), the weight of the evidence against Defendant, as summarized above, is strong. Copious amounts of drugs and indicia of drug trafficking were recovered from Defendant's vehicle after Detectives observed Defendant engage in a hand-to-hand transaction. Defendant admitted ownership of all the items recovered from the vehicle. Further, the entire encounter is captured on police bodycam footage. Pursuant to Section 3142(g)(3)(A), it appears that Defendant has prior convictions for multiple offenses, including burglary, tampering, possession of controlled substances, and escape from confinement. Defendant's history is disturbing and proves he is a danger to the community. Further review of Defendant's history reveals multiple probation violation filings, ultimately resulting in revocation. Defendant faces a substantial term of imprisonment; therefore, his risk of flight is significant.   He also has a history of non-appearance in court. This, coupled with Defendant's prior conviction for

escape from confinement, makes him a flight risk in this case. Given the facts of this case and the strength of the evidence, coupled with Defendant's criminal history, Defendant's pretrial detention is necessary to ensure the safety of the community and Defendant's appearance at future proceedings.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Nicholas H. Lake
NICHOLAS H. LAKE #71049MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200